## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

MacTravis Gorrell
Avoyelles Detention Center DOC No. 46047
675 Government St. (D-Dorm)
Marksville LA 71351


**REHEARING ACTION: August 7, 2013**


**Docket Number: 12   00681-KH**

**STATE OF LOUISIANA**
**VERSUS**
**MACTRAVIS GORRELL**

**Writ Application from Avoyelles Parish Case No. 140,071**


**BEFORE JUDGES:**

> **Hon. Sylvia R. Cooks**
> **Hon. John D. Saunders**
> **Hon. Marc T. Amy**


As counsel of record in the captioned case, you are hereby notified that the "Application for

(En Banc) Rehearing" filed by **MacTravis Gorrell** has this day been

> **DENIED.**


cc: Hon. Charles A. Riddle, III, Counsel for  the Respondent